UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:12-00211 |
| | ) | JUDGE CAMPBELL |
| DEMARCUS R. GANT | ) | |

## ORDER

Due to a change in the criminal trial scheduled to begin October 15, 2013, the change of plea and/or pretrial conference in this case is RESCHEDULED for October 17, 2013, at 12:00 noon.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE